# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0260
LT Case No. 2022-CA-004075

_____

SOUTHERN BAPTIST HOSPITAL OF
FLORIDA, INC., d/b/a WOLFSON
CHILDREN'S HOSPITAL, ET AL,

      Appellant,

      v.

JULIA CLAIRE SULLIVAN and
DESMOND SULLIVAN, PERSONAL
REPRESENTATIVES OF THE
ESTATE OF MICHAEL PATRICK
SULLIVAN,

      Appellees.

_____

On appeal from the Circuit Court for Duval County.
G. L. Feltel, Jr., Judge.

Earl E. Googe, Jr., of Smith Hulsey & Busey, Jacksonville, and
Christine R. Davis, of Davis Appeals, PLLC, Tallahassee, for
Appellants.

Bryan S. Gowdy and Nicholas P. McNamara, of Creed & Gowdy,
P.A., Jacksonville, and Jennifer Gentry Fernandez, of
The Fernandez Firm, Tampa, for Appellees.


January 21, 2025

PER CURIAM.

AFFIRMED.

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____